**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:    Kelly Clark, Alan Swindoll, Courtney Swindoll and ALS Associates, Inc. v. Hastings Equity Partners, LLC, Axios Industrial Group, LLP and A & L Ultimate Holdings, LLC

Appellate case number:   01-20-00749-CV

Trial court case number:  2020-57652

Trial court:           164th District Court of Harris County, Texas

      Appellants, Kelly Clark, Alan Swindoll, Courtney Swindoll, and ALS Associates, Inc., have filed a Motion to Increase Temporary Injunction Bond and for Immediate Temporary Relief. They have also filed a Motion to Stay Contempt Proceedings. The motion to stay the temporary injunction as modified is **denied**. The motion to stay the contempt proceedings in the trial court is **granted**. The contempt proceedings in the trial court are stayed pending disposition of appellants' motion to increase temporary injunction bond.

      It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                 Acting individually


Date: <u>November 24, 2020</u>